UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Khalid Ashburn,

       Petitioner,                           Case No. 07-13040

v.                                            Hon. Nancy G. Edmunds

C. Eichenlaub,

       Respondent.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including Petitioner's Objections if any, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Petitioner's application for writ of habeas corpus is dismissed as moot.

       SO ORDERED.

                                 s/Nancy G. Edmunds
                                 Nancy G. Edmunds
                                 United States District Judge

Dated: December 16, 2008

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 16, 2008, by electronic and/or ordinary mail.

                                 s/Carol A. Hemeyer
                                 Case Manager